## The State *v.* Stoutenborough.

APPEAL from Selma City Court.

Tried before the Hon. JOHN W. MABRY.

CHARLES G. BROWN, Attorney-General, and W. W. QUARLES, for appellant.

PITTS & PITTS, for appellee.

The appeal in this case is from an order of the judge of the City Court of Selma admitting the appellee to bail on his petition for *habeas corpus.*

Upon the evidence set forth in the transcript, the court is of the opinion the judge erred in admitting the petitioner to bail. Therefore the order granting the bail is reversed and annulled; and judgment entered denying the bail and dismissing the petition.

Reversed and rendered.

Opinion by McCLELLAN, C. J.